HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WALTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLED BUILDING PRODUCTS, A New Jersey Corporation<br><br>　　　　　Defendant. | No. 2:16-cv-01035-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I.　　STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David Walter and Defendant Allied Building Products Corporation that this action and all of Plaintiff's claims against the Defendant should be dismissed with prejudice, without assessment by the court of costs or attorney fees to any party.

STIPULATION AND ORDER OF DISMISSAL- 1
(2:16-cv-01035-JLR)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Presented by:

DATED this 9th day of May, 2017.

| JACKSON LEWIS P.C. | ANDERSON HUNTER LAW FIRM P.S. |
|---|---|
| By: *s/ Michael Griffin*<br>Michael A. Griffin, WSBA #29103<br>Jonathan M. Minear, WSBA #41377<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-405-0404<br>Michael.Griffin@jacksonlewis.com<br>Jonathan.Minear@jacksonlewis.com<br>Attorneys for Defendant | By: */s/ John A. Follis*<br>John A. Follis, WSBA #18513<br>2707 Colby Avenue, Suite 1001<br>Everett, WA 98201<br>425-252-5161<br>jfollis@andersonhunterlaw.com<br>Attorneys for Plaintiff |

## II.     ORDER OF DISMISSAL

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and all of Plaintiff David Walter's claims against Defendant Allied Building Products Corporation are DISMISSED WITH PREJUDICE, without assessment by the court of costs or attorney fees to any party.

DATED this 9th day of May, 2017.

HONORABLE JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL- 2
(2:16-cv-01035-JLR)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404